UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
<u>Norfolk</u> Division

**UNITED STATES OF AMERICA**

v.                                                                                                                                          Criminal No. 2:20cr43

STEPHEN LEE SALYER,
        **Defendant.**

<u>**Video or Telephone Conferencing Order for Criminal Proceedings**</u>

In accordance with Case No. 2:20mc7, Gen. Order 2020-09, this Court finds that the Defendant, after consultation with counsel, has consented to the use of video or telephone conferencing to conduct the preliminary criminal proceeding(s) to be held today, as authorized by § 15002(b)(1) of the CARES Act. <u>See</u> CARES Act, H.R. 748, 116th Congress (2020). As previously found in Case No. 2:20mc7, such preliminary criminal proceeding(s) fall(s) within the class of proceedings that should not be materially delayed in light of the ongoing COVID-19 pandemic. The Chief Judge authorized the use of video conferencing and telephone for such proceedings by General Order entered March 30, 2020. <u>See</u> Case No. 2:20mc7; Gen. Order 2020-09. The criminal proceeding(s) to be held on this date may be conducted by:

✓ _____ Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason(s):

    _____ The Defendant is detained at a facility lacking video teleconferencing capability.

    _____ Other:

_____

_____

It is so **ORDERED**.

                                                                   /s/ *signature*
                                        DOUGLAS E. MILLER,
                                  UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
June 24, 2020