CR96C® AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

**EASTERN** District of **VIRGINIA**

UNITED STATES OF AMERICA

V.

**STEPHEN LEE SALYER,**

*Defendant*

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case No. 2:20cr43

Upon motion of the __United States__
detention hearing is set for __June 26, 2020__ * at __3:00 p.m.__
          *Date*           *Time*

before __United States Magistrate Judge Douglas E. Miller__
          *Name of Judicial Officer*

__Norfolk, Virginia__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
_____
          *Other Custodial Official*

Date: __June 24, 2020__

/s/ Douglas E. Miller
United States Magistrate Judge
*Judge*

 If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

 A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.