AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

ORIGINAL

| | |
|---|---|
| United States of America<br>v.<br>Stephen Lee Salyer<br><br>*Defendant* | ) Case No. 2:20cr43<br>)<br>) FID 1135157<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Stephen Lee Salyer,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.18 USC 2252(a)(2) - Receipt of Imagine of Minors Engaging in Sexually Explicit Conduct (Count One et al)

Date: 06/19/2020

*Issuing officer's signature*

City and state: Norfolk, Virginia        Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/19/20, and the person was arrested on *(date)* 6/24/20
at *(city and state)* _____.

Date: 6/24/20

Receiving Arresting officer's signature

Andrew Welker DUSM
*Printed name and title*